# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                 Plaintiff,             )<br>                                                              )           8:05CR21<br>          vs.                                              )<br>                                                              )           ORDER<br>MARCO TAPIA-BARRAZA,           )<br>                                                              )<br>                 Defendant.          ) | |

Defendant has filed a Motion to Continue Trial (#28) in order to investigate and pursue plea negotiations. I note that defendant was previously given additional time to file pretrial motions, and no substantive pretrial motions were filed. Defendant has already been granted one continuance of the trial date. The court believes that the parties have been given ample time to negotiate any plea agreement before the scheduled trial date. Under the circumstances, the court's calendar cannot accommodate the continuation requested.

**IT THEREFORE IS ORDERED** that the Motion to Continue Trial (#28) is denied.

**DATED May 6, 2004.**

                                                            BY THE COURT:

                                                            s/ F.A. Gossett
                                                            **United States Magistrate Judge**